# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HERRERA SANCHEZ, ) | CASE NO. 3:25-cv-03035-JO-SBC |
| ) | |
| Petitioner, ) | [~~PROPOSED~~] **ORDER RE** |
| v. ) | **MOTION TO CONTINUE** |
| ) | **HEARING** |
| CHRISTOPHER J. LaRose; *et al.,* ) | |
| ) | |
| Respondents ) | |
| _____ ) | |

The court has considered the motion to continue hearing filed by petitioner, Jesus Herrera Sanchez and in agreement by respondents' counsel, and good cause appearing, IT IS ORDERED that the motion to continue is approved. The hearing is now scheduled for November 17, 2025 at 1:30pm.

DATED: November 13, 2025

_____
Honorable Jinsook Ohta
United States District Judge

[~~Proposed~~] Order re Motion To Continue Hearing Date