UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HERRERA SANCHEZ, | Case No.: 25-cv-3035-JO-SBC |
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]** |
| CHRISTOPHER J. LAROSE; PAMELA BONDI; KRISTI NOEM; PATRICK DIVVER, | |
| Respondents. | |

Petitioner Jesus Herrera Sanchez ("Petitioner") filed a petition for writ of habeas corpus. Dkt. 1. On November 17, 2025, the Court held oral argument on the petition. Dkt. 15. For the reasons stated on the record at oral argument, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the third claim for relief, brought under the Fifth Amendment Due Process Clause.

(2) Respondents are ORDERED to release Petitioner by 12 p.m. on November 18, 2025, and to file an affidavit attesting to Petitioner's release by 5 p.m. on November 19, 2025.

(3) Respondents are ENJOINED from redetaining Petitioner without a pre-

deprivation hearing before an immigration judge where the Government bears the burden of proving that circumstances have materially changed, rendering Petitioner a danger to the community or a flight risk.

(4) Respondents shall file a written declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: November 17, 2025                                   _____

                                                          Honorable Jinsook Ohta
                                                          United States District Judge